IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

SIK YUE LEE, A# 037226303

      Petitioner,

  v.                           Case No. 2:25cv535

JEFFREY CRAWFORD, et al.,

      Respondents.

## FINAL ORDER

Before the Court is a Petition for a Writ of Habeas Corpus, ECF No. 1, filed pursuant to 28 U.S.C. § 2241, and the Respondent's opposition to the Petition, ECF No. 12. Petitioner is a native and citizen of China, and he asserts his continued detention by Immigration and Customs Enforcement ("ICE") violates his due process rights. ECF No. 1, at 6-8.

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A)-(B), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges. In a Report and Recommendation entered on February 27, 2026, the Magistrate Judge recommended that the Petition be granted, and that Petitioner be immediately released from custody. ECF No. 16. The parties were advised of their right to file written objections to the Report and

Recommendation. Neither the Petitioner nor the Respondent filed objections with the Court and the time to do so has expired.

Having reviewed the record and having heard no objection, the Court agrees with the Report and Recommendation on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the Report and Recommendation, ECF No. 16, in its entirety as the Court's own opinion. Accordingly, the Petition, ECF No. 1, is **GRANTED** and it is **ORDERED** that Petitioner be released from ICE custody. It is further **ORDERED** that judgment be entered in favor of the Petitioner.

Respondent is **ORDERED** to release Petitioner within one day of entry of this Final Order.

Respondent is **FURTHER ORDERED** to provide a status update within three (3) days of the date of entry of this Order confirming that Petitioner has been released.

The Clerk is **DIRECTED** to forward a copy of this Order to Petitioner and counsel of record for Respondent.

It is so **ORDERED**.

_____
/s/ Mark S. Davis
United States District Judge

Mark S. Davis
United States District Judge

Norfolk, Virginia
Date: March 16, 2026

2